# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| REGINALD McDONALD, | ) | 3:13-CV-0240-MMD-WGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOHN DOE OLVIS, et al., | ) | |
| Defendants. | ) | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 with a motion for leave to file excess pages and a motion for counsel, and has filed an application to proceed in *forma pauperis*. The Court has begun to review the complaint and has discovered that a page of the complaint is missing. The missing page, Count Ten, page 1 (p. 6-v, as numbered by plaintiff), must be provided to the Court in order for the count to be screened for purposes of service on defendants.

**IT IS THEREFORE ORDERED** that plaintiff will have twenty days from entry of this Order to resubmit his complaint, ensuring that all pages, including the one identified as missing, are properly imaged and transmitted.

Dated this 30th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE