UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD MCDONALD, | ) |
| Plaintiff, | ) Case No. 3:13-cv-00240-MMD-WGC |
| vs. | ) |
| | ) **ORDER** |
| OLIVAS, *et al.*, | ) |
| Defendants. | ) |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. This Court entered a screening order on October 22, 2013. (ECF No. 5). The screening order imposed a 90-day stay to allow the parties to engage in settlement discussions. (*Id.*). At the end of the 90-day stay, counsel for defendants were directed to file a status report. (*Id.*). The 90-day stay expires on January 20, 2014. (*Id.*).

Defendants have moved to extend the stay for the purpose of conducting a mediation conference with plaintiff on February 25, 2014. (ECF No. 12). Defendants request that the stay be extended until February 27, 2014. Good cause appearing, defendants' motion is granted.

**IT IS THEREFORE ORDERED** that defendants' motion for an extension of the mediation stay (ECF No. 12) is **GRANTED.**

1  **IT IS FURTHER ORDERED** that the stay in this action is extended until **February 27,**
2  **2014.**
3  **IT IS FURTHER ORDERED** that defendants **SHALL FILE** the status report, in
4  compliance with the screening order, not later than **February 27, 2014.**
5  Dated this 18th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE