UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD McDONALD,<br><br>    Plaintiff,<br>vs.<br><br>OLIVAS, et al.,<br><br>    Defendants. | 3:13-cv-00240-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>May 16, 2014 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's Motion to Inquire. (Doc. # 47.) This is the second such inquiry from Plaintiff and appears to be an exact duplicate of the motion he filed on May 6, 2014. (Doc. # 39.)  However, the court has already responded to plaintiff's inquiries in Doc. # 41.

      Plaintiff is advised he should not expect to receive copies of filed documents from the court. However, in this instance, the clerk is directed to send a duplicate copy of Doc. # 41 to Plaintiff.

      Plaintiff's motion (Doc. # 47) is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                                      LANCE S. WILSON, CLERK

                                                      By:    <u>   /s/                                      </u>
                                                                Deputy Clerk