UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD MCDONALD,<br><br>                          Plaintiff,<br><br>     v.<br><br>OLIVAS, et. al.,<br><br>                          Defendants. | 3:13-cv-00240-MMD-WGC<br><br>**ORDER** |

Before the Court is Plaintiff's "'Motion to Request Permission for an Expansion to Defendant Cesar Olivas Interrogatories.'" (Doc. # 59.)[1] In this motion, Plaintiff asserts that he served defendant Olivas with twenty-four interrogatories, but has additional areas of inquiry for this defendant and seeks an order that he be allowed to exceed the interrogatory limit and serve defendant Olivas with an additional twenty-five interrogatories.

Defendants have filed a limited non-opposition to this motion. (Doc. # 65.) Defendants assert that they do not object to a minimal increase in the number of interrogatories (they agree to ten additional interrogatories) so long as they are pertinent and relevant to the case and claims.

The court will agree to grant Plaintiff leave to propound an additional **fifteen** interrogatories to defendant Olivas. Plaintiff shall be mindful that the interrogatories must not be duplicative of those already served and that the scope of discovery is limited to "any nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b)(1).

Accordingly, Plaintiff's motion (Doc. # 59) is **GRANTED IN PART AND DENIED IN PART** as set forth herein.

**IT IS SO ORDERED**.

July 14, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

---

[1] Refers to court's docket number.