# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD McDONALD,<br><br>      Plaintiff,<br><br>  vs.<br><br>OLIVAS, et al.,<br><br>      Defendants. | 3:13-cv-00240-MMD-WGC<br><br>**ORDER**<br><br>Re:  Doc. # 72 |

Before the court is Plaintiff's "Motion to Appeal Order" (Doc. # 72).[1] The court is treating Plaintiff's motion as a motion for the Magistrate Judge to reconsider his Order entered as Doc. # 69.

A discovery status conference was conducted on August 18, 2014, primarily as to Plaintiff's "Motion to Inform" and "Motion to Inquire" (Doc. # 81) and Plaintiff's second "Motion to Inform" (Doc. # 86). After addressing the issues raised in these motions, the court inquired of plaintiff whether the disposition of the motions (and certain other matters) resolved the issues presented in Plaintiff's motion to appeal (Doc. # 72). The court reviewed with Plaintiff the subjects of the court's order (Doc. # 69) for which Plaintiff requested reconsideration. Plaintiff stated he believed all of his concerns in his motion (Doc. # 72) have been addressed by the court in its hearing on Plaintiff's motions to inform/inquire and on other matters. After being advised the court would conduct a separate hearing on his motion to compel discovery (Doc. # 66) on Tuesday, August 26, 2014, at 1:30 p.m., Plaintiff requested the court to withdraw his motion to appeal (Doc. # 72). The court canvassed Plaintiff to ensure that his complaints about the court's order (Doc. # 69) have been addressed. Plaintiff again stated his complaints have been resolved and that he wished to withdraw his motion.

///

---

[1] Refers to court's docket number.

1  Therefore, good cause appearing, Plaintiff's oral motion to withdraw his motion (Doc. # 72) is
2  **GRANTED** and the motion to appeal order (Doc. # 72) is **WITHDRAWN**.
3  IT IS SO ORDERED.
4  DATED: August 20, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

2