UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

REGINALD McDONALD,   )   3:13-cv-00240-MMD-WGC
    )
    Plaintiff,   )   **MINUTES OF THE COURT**
  vs.   )
    )   December 4, 2014
OLIVAS, et al.,   )
    )
    Defendants.   )
_____)

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

**Motion to Compel (Doc. # 103)**

    Before the court are multiple filings which flow from Plaintiff's filing of a motion to compel discovery. (Doc. # 103.) Those documents are:

9//14/14    Doc. # 103, Plaintiff's Motion to Compel
9/25/14    Doc. # 108, Plaintiff's Motion to Supplement Exhibits
10/22/14    Doc. # 122, Defendants' Opposition to Motion to Compel
10/27/14    Doc. # 126, Plaintiff's Partial Reply to Defendants' Opposition to Motion to Compel
11/4/14    Doc. # 131, Plaintiff's Motion to Reply to the Remainder of Defendants' Opposition to Motion to Compel
11/7/14    Doc. # 134, Defendants' Supplement to Opposition to Motion to Compel
11/12/14    Doc # 136, Plaintiff's Reply to Defendants' Supplement

    Plaintiff's motion to supplement exhibits (Doc. # 108) is **GRANTED.** The court will consider Plaintiff's filing as a component of the various filings submitted by the parties relative to he motion to compel.

    Plaintiff's filing entitled, "Motion to Reply to the Remainder of Defendant(s) Opposition to Motion to Compel, Doc. #131, had already been docketed as Plaintiff's Reply memorandum. Plaintiff is reminded the Local Rules automatically allow a party to file a reply to a response or opposition to a motion. (L.R. 7-2(c)); therefore, Plaintiff does not have to file a motion for leave to file a reply memorandum.

**MINUTES OF THE COURT**
3:13-cv-00240-MMD-WGC
Date: December 4, 2014
Page 2

      The court will conduct a discovery hearing on plaintiff's motion to compel (Doc. # 103.)[1] The court will undertake a review of the disputed discovery. Because of the difficulty the court has in attempting to ascertain the subject discovery request and disputed responses as set forth in Plaintiff's memorandum, the court will primarily utilize the summary of discovery outlined in Defendants' opposition (Doc. # 122) as a framework. The court, however, will also refer to the extracts of discovery accompanying Plaintiff's motion to compel. The court will leave it to the parties to ensure that the necessary text of the disputed discovery requests and responses (as required by Local Rule 26-7(a) are contained in the parties' filings. That being said, the court cannot locate the Bannister and Scott responses to discovery referred to at Doc. # 102, Exhibits A & B and Doc. # 103 at 14-16, which pages are for the most part illegible, nor does the full text appear in the Defendants' opposition, Doc. # 122 (referred to at page 3). The parties shall submit the typewritten text and responses of the Bannister and Scott discovery forthwith.

      The courtroom administrator shall calendar a discovery hearing to address Plaintiff's motion to compel (Doc. # 103) and Plaintiff's motion to request extension of discovery (Doc. # 132) as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

                                      By:      /s/
                                                Deputy Clerk

---

[1] The hearing will also address Plaintiff's Motion to Request Extension of Discovery. (Doc. # 132.)