UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD MCDONALD, ) | 3:13-cv-00240-MMD-WGC |
| ) | |
| Plaintiff, ) | **AMENDED** |
| ) | **MINUTES OF PROCEEDINGS** |
| vs. ) | |
| ) | March 23, 2015 |
| OLIVAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  Katie Lynn Ogden  </u>   REPORTER:  <u>             FTR             </u>

COUNSEL FOR PLAINTIFF:  <u> No Appearance                                </u>

COUNSEL FOR DEFENDANTS:  <u> Benjamin Johnson, Esq. (Telephonically)  </u>

**MINUTES OF PROCEEDINGS: Status Conference**

1:35 p.m.  Court Convenes.

The court states for the record there is no appearance on behalf of Plaintiff Reginald McDonald.

Deputy Attorney General Benjamin Johnson informs the court he has not had any contact with Mr. McDonald and his office has started to receive mailings sent to Plaintiff as undeliverable.

The court briefly reviews the docket and states Plaintiff also did not appear at the December 19, 2014, motion hearing (Doc. # 148) regarding Plaintiff's motion to compel (Doc. # 103).  The courtroom administrator confirms on the record that Plaintiff was sent notice of today's hearing on March 5, 2015, via USPS to the address identified on the docket as 335 Record Street, Reno, NV 89512.

In view of Mr. McDonald's failure to appear for today's hearing, the December 19, 2014, hearing and the court also receiving mail returned as undeliverable (Doc. # 155), the court will be submitting a report and recommendation to District Judge Miranda M. Du recommending this case be dismissed pursuant to Fed. R. Civ. P. 41(b).

Minutes of Proceedings
3:13-cv-00240-MMD-WGC
March 23, 2015

      The deadlines to file dispositive motion(s) and the joint pretrial order remain vacated pending resolution of the anticipated report and recommendation.

**IT IS SO ORDERED.**

1:39 p.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By:            /s/          
                                           Katie Lynn Ogden, Deputy Clerk