# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD McDONALD,<br><br>         Plaintiff,<br><br>    vs.<br><br>OLIVAS, et al.,<br><br>         Defendants. | 3:13-cv-00240-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 172,<br>Referral of ECF No. 169<br>Plaintiff's Motion to Reconsider |

On this date, District Judge Miranda M Du referred Plaintiff's Motion to Reconsider Order (ECF No. 169) to the undersigned for disposition. (ECF No. 172.) At the direction of the Court, the Court Clerk contacted the Clark County Detention Center (CCDC) to discuss the logistics for scheduling a hearing on Plaintiff's motion. The Court Clerk was advised by the CCDC that Mr. McDonald was released from custody in January 2016 and that the CCDC had no forwarding or current address for Plaintiff.

In an attempt to ascertain, if possible, Mr. McDonald's whereabouts, the Office of the Attorney General, within five (5) business days of this Order, is directed to file a Notice to the Court advising the Court whether the Office of the Attorney General has a current address for Plaintiff beyond the CCDC.

Plaintiff is also reminded of his obligation under Local Special Rule 2-2 to keep the court advised of his current address. Again, the failure of Plaintiff to do so may result in the Court summarily denying Plaintiff's motion for reconsideration or other sanctions as appropriate.

**IT IS SO ORDERED.**

DATED: May 4, 2016.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE